UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PAUL ANDREW TORFASON,<br>Plaintiff,<br>v.<br>WELLPATH, INC.,<br>Defendant. | Case No. 22-cv-03458-JSW<br><br>**ORDER DISMISSING CALIFORNIA FORENSIC MEDICAL GROUP; DIRECTING DEFENDANT WELLPATH, INC., TO SHOW CAUSE REGARDING DEFAULT JUDGMENT AND SANCTIONS** |

Plaintiff is a California prisoner proceeding pro se. The California Forensic Medical Group was named as the Defendant in the original complaint. The original complaint was superseded and replaced by the operative amended complaint. The amended complaint replaces the California Forensic Medical Group with Defendant Wellpath, Inc.. Accordingly, Defendant California Forensic Medical Group is DISMISSED.

The United States Marshal has returned a summons indicating that service was executed upon Wellpath by personal service of a Wellpath employee on September 21, 2025. (ECF No. 32.) In the most recent order of service, the Court ordered Wellpath either to file a motion for summary judgment or other dispositive motion or to inform the Court if it "is of the opinion that this case cannot be resolved by summary judgment" on or before November 3, 2025. Wellpath was also ordered to file an answer in accordance with the Federal Rules of Civil Procedure. Although this deadline passed nearly two months ago, Wellpath has not appeared, filed a dispositive motion, file a responsive pleading, requested an extension of time to do so, or shown cause why not.

On or before **January 22, 2026,** Wellpath shall show cause why (1) default judgment

should not be entered against it, and (2) why the Court should not impose sanctions for failing to comply with the Court's order. **<u>Failure to do so may result in the entry of judgment against Wellpath and/or the imposition of sanctions.</u>**

**IT IS SO ORDERED.**

Dated: December 29, 2025

_____
JEFFREY S. WHITE
United States District Judge